IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| IN RE APPLICATION OF THE UNITED STATES OF AMERICA FOR A CRIMINAL COMPLAINT AND AN ARREST WARRANT FOR AMIR SALVATORE KHAYYAT | ) ) ) ) ) ) ) | Docket No. 3:20-mj-299<br><br>*UNDER SEAL* |

## ORDER SEALING COMPLAINT, AFFIDAVIT, WARRANT, AND OTHER DOCUMENTS

UPON MOTION of the United States of America for an order directing that the Complaint, Affidavit, Arrest Warrant, the Motion to Seal, and this Order be sealed, to prevent the risk of the defendant fleeing from prosecution, until further order of this Court,

**IT IS HEREBY ORDERED** that the Complaint, Affidavit, Arrest Warrant, the Motion to Seal, and this Order be sealed until further order of this Court.

The Clerk is directed to certify copies of this Order to the United States Attorney's Office (via email to matthew.warren@usdoj.gov).

SO ORDERED this 15th day of October 2020.

Signed: October 15, 2020

_____
David S. Cayer
United States Magistrate Judge